Dear Honorable Judge Jordan.                    4-29-25
            Case # 4:17-cr-00029-001

        I would like to ask the court for permission to add the enclosed copies of my certificates to my currently pending motion to reduce sentence 3582 <c> <1> <A> <i> filed on 8-1-2022.

I wanted the courts to take notice on my continued efforts to take advantage of the Bureau of Prisons rehabilitation programming + other educational opportunities.

I have enclosed 13 additional certificates.

Thank you very much for your time + consideration.

                        Jimmie Ray Morrow JR.
                        # 26919078
                        Federal Correctional Institution
                        Po Box 7007
                        Marianna, FL 32447.

Certificate of Service.

I hereby certify that a true and exact copy of the foregoing has been sent via U.S. mail, postage pre-paid to the U.S. Attorney for the Eastern District of Texas:

Milton Andrew Stover
Prosecutor Suit 500 Legal
101 E. Park BLVD
Plano, Tx 75074

By placing same in the prison mail system this the 29th day of April, 2025.

Jimmie Ray Morrow JR.
# 26914078
Federal Correctional Institution
Po Box 7007
Marianna, FL 32447.

# Certificate of Achievement

This certificate is proudly awarded to

Jimmie Morrow

*Successfully attending and completing the "RESUME" ACE CLASS. This student has satisfied all requirements for completion of this course.*



FCI MNA-TEACHER

8-12-24

DATE

FCI MARIANNA EDUCATION DEPT.

# Certificate of Achievement

This certificate is proudly awarded to

_Jimmie Morrow_

*Successfully attending and completing the "CAREER DECISIONS" ACE CLASS. This student has satisfied all requirements for completion of this course.*



FCI MNA-TEACHER

8-14-24

DATE

FCI MARIANNA EDUCATION DEPT.

© 2019 Great Papers

# The F.I.S.H. Program

Finding — Insight — Start — Healing

## A self-study program offered by Psychology Services

### Fish Program Request

**Name:** Morrow

**Reg. #:** 26919 - 078

**Unit/Cell:** MB

## Indicate your top 3 choices:

| | | |
|---|---|---|
| C | Anxiety | 12 booklets |
| C | Becoming Stronger | 5 booklets |
| C | Best Life | 9 booklets |
| C | Changing Your Thinking | 4 booklets |
| C | Compulsive Gambling | 1 booklet |
| C | Dependencies | 3 booklets |
| C | Depression | 13 booklets |
| C | Developing Insight | 12 booklets |
| C | Finding Direction | 7 booklets |
| C | Gang Involvement | 4 booklets |
| C | Handling Tough Times | 1 booklet |
| C | Managing Anger | 10 booklets |
| C | Managing Your Stress | 1 booklet |
| C | Men's Issues/Relationships | 4 booklets |
| C | Money Management | 1 booklet |
| C | PTSD | 1 booklet |
| C | Returning Home | 15 booklets |
| C | Right and Wrong | 1 booklet |
| C | Self-Awareness | 5 booklets |
| C | Self-Discovery | 8 booklets |
| C | Self-Injury | 1 booklet |
| C | Sleep Disorders | 2 booklets |
| C | Understanding Feelings | 5 booklets |

Spanish:

| | | |
|---|---|---|
| ___ | Anger/Relapse Prevention | 3 booklets |
| ___ | Gang Involvement | 4 booklets |
| ___ | Managing Your Stress | 1 booklet |
| ___ | Returning Home | 15 booklets |
| ___ | Self-Discovery | 8 booklets |

### What must I do to complete a session?

Read the material in the workbooks and answer all the questions on the provided answer sheets.

Your goal is to learn the new concepts you are introduced to. This will expand your knowledge of the selected topic and help you adopt new methods of thinking.

If the subject does not directly apply to you, still answer the question on how you would handle the situation. N/A is not an acceptable answer.

### What happens when I complete a session?

Upon completion of a session RPP hours will be posted to your education transcript. You will receive 2 hours per booklet. C – COMPLETED ALL F.I.S.H. SESSIONS AS OF SEPTEMBER 2024

## DO NOT WRITE IN THE WORKBOOKS

**\*\*You *must* complete the required composition to receive credit.\*\***

### *Return Workbooks and Answer Sheets to Psychology Services*

# Certificate of Achievement

This certificate is proudly awarded to

**Jimmie Morrow**

*Successfully attending and completing the "FINANCE" ACE CLASS. This student has satisfied all requirements for completion of this course.*



FCI MNA-TEACHER

4-4-25

DATE

FCI MARIANNA EDUCATION DEPT.



## Set Free Prison Ministries
### Rehabilitation by Regeneration



NAVPRESS



This certifies that
**JIMMIE R. MORROW**
*has successfully completed*
**TALKING WITH CHRIST**

*by correspondence*



11/12/2024

_____
Correspondence School Director

---



## Set Free Prison Ministries
### Rehabilitation by Regeneration



NAVPRESS



This certifies that
**JIMMIE R. MORROW**
*has successfully completed*
**GROWING AS A CHRISTIAN**

*by correspondence*



11/20/2024

_____
Correspondence School Director

---



## Set Free Prison Ministries
### Rehabilitation by Regeneration

NAVPRESS

This certifies that
**JIMMIE RAY MORROW JR.**
*has successfully completed*
**DEVELOPING YOUR FAITH**

*by correspondence*





01/18/2025

_____
Correspondence School Director



*Set Free Prison Ministries*

Rehabilitation by Regeneration

NAVPRESS

This certifies that

**JIMMIE RAY MORROW JR.**

*has successfully completed*
**LESSONS ON CHRISTIAN LIVING**

*by correspondence*

02/21/2025

Correspondence School Director



LIFE'S KEY

He who has the Son has life.    ~ 1 John 5:12 ~

Certifying that

**JIMMIE MORROW**

has successfully completed

Born to Win

by correspondence

3 / 10 / 2025        94%
Date            Grade



PimaCommunityCollege

# MGT200 Small Business Management
Name: MORROW, JIMMIE
Final Grade: A
Student ID: A01392726



**Exodus Bible Correspondence School**

Certificate

Jimmie Ray Morrow, Jr.

*has successfully completed the course*

How To Study Your Bible

Signed this 14th day of April, 20 25

Patricia Herman
Director

Romans 12:2

PO Box 6363 • Lubbock, TX 79493

Ca
Instructor

---

**Exodus Bible Correspondence School**

Certificate

Jimmie Ray Morrow, Jr

*has successfully completed the course*

Winning Your War Against Satan

Signed this 14th day of April, 20 25

Patricia Herman
Director

Romans 12:2

PO Box 6363 • Lubbock, TX 79493

Ca
Instructor

---

**Exodus Bible Correspondence School**

Certificate

Jimmie Ray Morrow, Jr

*has successfully completed the course*

A Life that's Real

Signed this 14th day of April, 20 25

Patricia Herman
Director

Romans 12:2

PO Box 6363 • Lubbock, TX 79493

Ca
Instructor

Jimmie Ray morrow JR
#26914078
Federal correctional Institution
Po Box 7007
Marianna, FL 32447.

RECEIVED

MAY 1 3 2025

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Legal
Mail.

united States District Court.

101 E Pecan Street Suite 112

Sherman